**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,
   Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a LIONBRIDGE US, INC.,
   Defendant.
_____

**ORDER**
_____

Upon the Plaintiff's Unopposed Motion to Vacate and Reset Trial Date, it is

ORDERED that the trial set May 22, 2006 and the Trial Preparation Conference set April 26, 2006 are VACATED.  It is

FURTHER ORDERED that trial is reset to **Monday, October 2, 2006, commencing at 8:30 a.m.** and the Final Trial Preparation Conference is reset to **Friday, September 1, 2006 at 8:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

                 BY THE COURT:

                 s/Lewis T. Babcock
DATED: August 19, 2005        Lewis T. Babcock, Chief Judge