IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,

          Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a LIONBRIDGE US, INC.,

          Defendant.

_____

ORDER
_____

As discussed at the trial preparation conference held on September 1, 2006, IT IS

HEREBY ORDERED as follows:

1.  The trial date currently set to commence October 2, 2006 is VACATED;

2.  A four-day jury is set to commence November 27, 2006 at 8:30 a.m.;

3.  A trial preparation conference is set for November 21, 2006 at 4:00 p.m.;

4.  On or before November 17, 2006, the parties shall submit one set of proposed jury

instructions; proposed voir dire questions; and proposed findings of fact and conclusions of law

on Plaintiff's promissory estoppel claim; and

5.  On or before November 17, 2006, the parties may also submit brief memoranda

regarding any evidentiary issues that are likely to arise during trial.

Dated: September 1, 2006, in Denver, Colorado.


BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE