**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK**

_____

Courtroom Deputy:  LaDonne Bush           Date: November 30, 2006
Court Reporter:        Gwen Daniel

_____

Civil Action No. 04-cv-01160-LTB-CBS           <u>Counsel:</u>

ISABELLE DerKEVORKIAN,                          Joel Maguire

Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a/          Dan Cross
LIONBRIDGE US, INC.,

Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Defendant's Motion in Limine Regarding the Testimony of Bart Chavez**

3:07 p.m.     Court in Session

Argument by Mr. Cross.

Argument by Mr. Maguire.

Court's findings and conclusions.

**ORDERED:**  Defendant's Motion in Limine Regarding the Testimony of Bart Chavez (Doc. 108) is denied.

Discussion regarding trial.

3:42 p.m.     Court in recess.

Hearing concluded.
Time: 00:35