IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,

        Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a LIONBRIDGE US, INC.,

        Defendant.

_____

### ORDER
_____

For the reasons stated on the record during the hearing held on November 30, 2006, IT IS HEREBY ORDERED that Defendant Lionbridge Technologies, Inc., d/b/a Lionbridge US, Inc.'s Motion *In Limine* [Doc #108 ] is DENIED.

Dated: November   30  , 2006, in Denver, Colorado.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, CHIEF JUDGE