IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01160-LTB-CBS

ISABELLE DERKERVORKIAN,

Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC.,

Defendant.

---

STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS and DEPOSITIONS

---

It is stipulated that at the conclusion of the Jury Trial counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _____ day of December 2006.

BY THE COURT:

_____
LEWIS T. BABCOCK, CHIEF JUDGE
United States District Court

_____          _____
Attorney for Plaintiff                                         Attorney for Defense