IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1160-LTB-CBS

Isabelle DerKevorkian,

Plaintiff,

v.

Lionbridge Technologies, Inc. d/b/a Lionbridge
US, Inc., et al.,

Defendants.

---

## ORDER STAYING EXECUTION OF THE JUDGMENT UNDER FED.R.CIV.P. 62(b)

---

On January 11, 2007, defendant Lionbridge Technologies, Inc. ("Lionbridge")
filed a motion to stay execution on the judgment in this case until its pending
Fed.R.Civ.P. 59 motion is decided.  The motion was unopposed, conditioned on
Lionbridge posting an irrevocable letter of credit ("ILOC") in the amount of $700,000
within 15 business days of the date of this Order.

The Court finds and concludes that the judgment shall be stayed pending the
Court's decision on the pending Fed.R.Civ.P. 59 motion, subject to Lionbridge posting
an ILOC in the amount of $700,000.

Accordingly, it is ordered as follows:

(1)     Any execution on the judgment in this action is stayed;

(2)     Lionbridge shall, within 15 business days of the date of this Order, post
with the Clerk of the Court an ILOC in the amount of $700,000 to secure the judgment
for the benefit of plaintiff;

(3)     This stay shall terminate without further notice if Lionbridge's Rule 59 motion is denied and Lionbridge does not file an appeal within the time allowed by Fed.R.App.P. 4(a)(1)(A) and 4(a)(4), or if Lionbridge does file an appeal but does not timely post a supersedeas bond under Fed.R.Civ.P. 62(d).  The amount of any supersedeas bond or other security posed to obtain a further stay of execution of any judgment during the pendency of any appeal shall be determined after the rulings on the pending Rule 59 motions.

Done and So Ordered this ___16th___ day of January, 2007.


___s/Lewis T. Babcock_____
Chief Judge Lewis T. Babcock
United States District Court for the
District of Colorado