IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,

        Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a
LIONBRIDGE US, INC., et al.

        Defendants.

### ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF THE JUDGMENT UNDER FED.R.CIV.P. 62(D)

On June 8, 2007, defendant Lionbridge Technologies, Inc. ("Lionbridge") filed a motion for approval of its proposed supersedeas bond, tendered that same day, and for a stay of execution on the judgment under Fed.R.Civ.P. 62(d). The motion was unopposed.

The Court finds and concludes that the supersedeas bond should be approved, and execution on the judgment stayed under Fed.R.Civ.P. 62(d).

Accordingly, it is ordered as follows:

(1)  The proposed supersedeas bond, a copy of which was tendered on June 8, 2007, is approved, and Lionbridge shall promptly file the original bond with the Clerk of the Court;

(2)  Any execution on the judgment is stayed pursuant to Fed.R.Civ.P. 62(d); and

(3)  This Court's prior stay of execution on the judgment under Fed.R.Civ.P. 62(b), entered on January 16, 2007, Doc. No. 136, is dissolved as moot, in light of this Order imposing a stay under Rule 62(d).

Done and So Ordered this   11th   day of June, 2007.

                                                s/Lewis T. Babcock
                                                Judge Lewis T. Babcock
                                                United States District Court for the
                                                District of Colorado