**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,

      Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a LIONBRIDGE US, INC.,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion to Vacate and Reset Scheduling Conference (Doc 180 - filed April 6, 2009) is **GRANTED**.

      The scheduling hearing set **Wednesday, April 22, 2009 is VACATED and RESET for Monday, April 27, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: April 7, 2009