IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01160-LTB-CBS

ISABELLE DerKEVORKIAN,

        Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a LIONBRIDGE US, INC.,

        Defendant.

___

ORDER
___

      For the reasons stated on the record during the April 27, 2009 status and scheduling hearing, it is HEREBY ORDERED as follow:

      1) Defendant is granted leave, within the next 20 days, to propound five Interrogatories on Plaintiff's damages theory and to submit one request for production seeking Plaintiff's medical records dated subsequent to the trial of this case. After Plaintiff responds to these discovery requests, if defense counsel seeks to take a supplemental deposition of Plaintiff, that request will be referred to the Magistrate Judge;

      2) Defendant's requests for leave to endorse an expert witness on the subject of mitigation and/or to endorse Ms. Ross as an expert witness for the re-trial on damages are DENIED;

      3) The re-trial on damages is set for five days, commencing on **Monday, November 9, 2009 at 8:30 a.m.** The hours for the trial days will be 9:00 a.m. to 2:00 p.m., with a morning recess and a 30-minute noon recess; and

4) A trial preparation conference is set **Thursday, October 22, 2009 at 8:30 a.m**. In preparation of that conference, counsel shall work on a joint set of jury instructions, with any disputed language delineated as follows: Plaintiff's suggested language in all capital letters and Defendant's suggested language in brackets. The following shall be filed at the trial preparation conference: witness lists, exhibit lists, suggested *voir dire* questions, and the joint proposed jury instructions.

Dated:  April   28  , 2009 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, JUDGE