**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:   04-cv-01160-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   September 17, 2009** | **Courtroom Deputy:**  Linda Kahoe |

ISABELLE DERKEVORKIAN,                              Joel C. Maguire

    Plaintiff,

    v.

LIONBRIDGE TECHNOLOGIES, INC.                David Bruce Wilson
                                                                            Meredith A. Johnston
    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        8:30 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Motion to Compel, doc #[191].

For the reasons as stated on the record, it is:

ORDERED:   A Telephonic Status Conference is set for SEPTEMBER 24, 2009 at 1:00 p.m. *Counsel shall coordinate a conference call among themselves prior to contacting the court (303.844.2117) at the scheduled time.*

ORDERED:   Defendant's Motion (a) to Compel Plaintiff's Response to Defendant's Interrogatories and Request for Production of Documents to Plaintiff and (b) for Leave to Take Plaintiff's Deposition (doc #[191], filed 9/1/2009) is GRANTED IN PART AND DENIED IN PART.  The Motion is denied without prejudice to the extent that it seeks leave to take Plaintiff's deposition.  The court will HOLD IN ABEYANCE that part of the Motion that seeks to compel the production of documents pending the outcome of the next status conference.  The part of the Motion that seeks to compel further responses to interrogatories is granted in part and denied in part.  Plaintiff is required to supplement responses to interrogatories #2, #4, and #5 consistent with the court's ruling from the bench.  The Motion is denied in all other respects.

ORDERED:   Pursuant to Rule 37(a), the parties shall each bear their own fees and costs incurred in connection with this motion, the response, and the related hearing.

HEARING CONCLUDED.
**Court in recess**:        **10:19 a.m.**
Total time in court:    01:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.