IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1160-LTB-CBS

ISABELLE DerKEVORKIAN,

Plaintiff,

v.

LIONBRIDGE TECHNOLOGIES, INC., d/b/a
LIONBRIDGE US, INC., et al.

Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE
AND RELEASE AND DISCHARGE OF SUPERSEDEAS BOND**

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice and for Release and Discharge of Supersedeas Bond, and the Court being sufficiently advised, ORDERS as follows:

1. This case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

2. The supersedeas bond (no. 104952325) posted by Lionbridge as Principal and The Travelers Casualty and Surety Company of America as "Surety" is hereby fully and unconditionally released, discharged and exonerated. The Surety and Lionbridge are hereby released from any and all past, present and future liability arising under or in connection with the issuance of the supersedeas bond, and neither the Surety nor Lionbridge shall have any obligation to DerKevorkian thereunder. The Clerk of the Court shall return the original of the supersedeas bond to Lionbridge's counsel of record in this matter, David B. Wilson, Holme

Roberts & Owen LLP, 1700 Lincoln, Suite 4100, Denver, CO 80203, for immediate return to the Surety.

DONE this   30th   day of   September  , 2009.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock
Senior U.S. District Court Judge